```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A95-0409--CV (HRH)
                              "WILLIAM SOUTH V ROBERT C. BUNDY"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/19/95
            Closed: 12/15/95

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    VIOLATION OF 14TH AMENDMENT RIGHTS
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $120.00 on 10/19/95 receipt # 00097575
          Trial by:


Parties of Record:                              Counsel of Record:

PLF 1.1            SOUTH, WILLIAM R.               William R. South
                                                   Pro Per
                                                   POB 100215
                                                   Anchorage, AK 99510
                                                   907-263-8186

DEF 1.1            BUNDY, ROBERT C.                United States Attorney
                                                   222 W. 7th Avenue, #9
                                                   Anchorage, AK 99513
                                                   907-271-5071
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A95-0409--CV (HRH)
                  "WILLIAM SOUTH V ROBERT C. BUNDY"

                         For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/19/95
             Closed: 12/15/95

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights
                     VIOLATION OF 14TH AMENDMENT RIGHTS
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $120.00 on 10/19/95 receipt # 00097575
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/19/95 | Complaint filed; Summons issued. |
| 2 - 1 | 10/19/95 | PLF 1 Initial information regarding representation |
| 3 - 1 | 10/25/95 | Return of Service Executed re Robert C. Bundy on 10-20-95 |
| 4 - 1 | 11/14/95 | DEF 1 motion to dismiss w/ att memo |
| 5 - 1 | 11/27/95 | PLF 1 opposition to DEF 1 motion to dismiss (4-1) |
| 6 - 1 | 12/15/95 | HRH Order granting motion to dismiss w/ att memo (4-1) Case closed. cc:cnsl. |
| 7 - 1 | 12/20/95 | HRH Judgment that pltf's complaint is dismissed w/o prejudice.  cc cnsl, O&J 9721 |